UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN HILL,

    Plaintiff,

v.

GRANITE CITY POLICE DEPARTMENT
EVENING SHIFT COMMANDING
SERGEANT ,

    Defendant.

Case No. 05-cv-263-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon a Report and Recommendation from United States Magistrate Judge Frazier, and the Court having accepted that recommendation in its entirety,

**IT IS ORDERED AND ADJUDGED** that plaintiff's claim against Anne Zachary is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's claim against Detective C. Nittle is **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's remaining claims against the Granite City Police Department Evening Shift Commanding Sergeant are **DISMISSED WITHOUT PREJUDICE.**

**DATED: August 9, 2007.**

**NORBERT G. JAWORSKI, CLERK**

By:s/Deborah Agans, Deputy Clerk

**APPROVED:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **U.S. District Judge**